**DISMISS; Opinion Filed August 4, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01544-CV

**TRAVIS WICKES, Appellant**
**V.**
**STEPHANIE WICKES, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-54063-2014**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

Before the Court is appellant's July 30, 2015 notice of nonsuit, which we treat as a motion to dismiss. In the motion, appellant states he no longer desires to prosecute this suit. Accordingly, we grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
141544F.P05                                       JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRAVIS WICKES, Appellant

No. 05-14-01544-CV    V.

STEPHANIE WICKES, Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas
Trial Court Cause No. 219-54063-2014.
Opinion delivered by Justice Myers. Justices Fillmore and Evans participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** that appellee STEPHANIE WICKES recover her costs of this appeal from appellant TRAVIS WICKES.

Judgment entered this 4th day of August, 2015.